# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>DONALD JOSEPH COLGAN,<br><br>　　　　　　　　Defendant. | CASE NO. 11CR4194-AJB<br><br>**JUDGMENT OF DISMISSAL** |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

____　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____　the Court has dismissed the case for unnecessary delay; or

_X_　the Court has granted the motion of the Government for dismissal, without prejudice; or

____　the Court has granted the motion of the defendant for a judgment of acquittal; or

____　a jury has been waived, and the Court has found the defendant not guilty; or

____　the jury has returned its verdict, finding the defendant not guilty;

_X_　of the offense(s) as charged in the Indictment/Information:

　　　21 U.S.C. 846 and ) 841(a) (1) Conspiracy to Manufacture Marijuana

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 11/08/13

　　　　　　　　　　　　　　　　　Anthony J. Battaglia
　　　　　　　　　　　　　　　　　U.S. District Judge